# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Charles Sunnycalb
     Plaintiff,

                                        Case No.1:10cv192
                                        Weber, J..; Bowman, M.J.

vs.

CSX Transportation, Inc.,
     Defendant.

## ORDER SETTING SETTLEMENT CONFERENCE

This case is hereby set for settlement conference **on Monday, February 13, 2012, at 10:00 a.m.,** at the Potter Stewart U.S. Courthouse, 100 E. 5th Street, Room 706, Cincinnati, Ohio.  The undersigned U.S. Magistrate Judge will serve as the facilitator of the settlement conference.

Not later than noon, Friday, February 10, 2012**,** each party shall submit to the Magistrate Judge only, and without formal filing with the Clerk, a confidential letter of five pages or less regarding potential settlement, including any new developments since the parties last met with the undersigned, an updated assessment of liability and damages, and a proposal as to how to settle this case now.  These letters will be maintained by the Court separate and apart from the case file, and may be delivered by fax (513-564-7681) or email (bowman_chambers@ohsd.uscourts.gov).

Throughout the entirety of this settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating

to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

    **IT IS SO ORDERED.**

    /s/ *Stephanie K. Bowman*
    United States Magistrate Judge