# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CHARLES SUNNYCALB,

        Plaintiff,

v.

CSX TRANSPORTATION, INC.,

        Defendant

Case No. 1:10-192

## SPECIAL VERDICTS

We, the Jury, unanimously determine the Special Verdicts as follows:

1. Did plaintiff prove by the greater weight of the legal evidence that he was injured on April 2, 2007, while serving as the engineer of Locomotive CSXT 8160?

      YES __X__      NO _____

If your answer to Special Verdict No. 1 is "Yes," please answer Special Verdict No. 2. If your answer to Special Verdict No. 1 is "No," please

sign the Special Verdict form and notify the Courtroom Deputy that you have completed your deliberations.

2. Did plaintiff prove by the greater weight of the legal evidence that on April 2, 2007, while serving as the engineer of Locomotive CSXT 8160 he was exposed to chlorine or chlorine containing compounds?

YES __X__   NO_____

If your answer to Special Verdict No. 2 is "Yes," please answer Special Verdict No. 3. If your answer to Special Verdict No. 2 is "No," please sign the Special Verdict form and notify the Courtroom Deputy that you have completed your deliberations.

3. Did plaintiff prove by the greater weight of the legal evidence that his exposure to chlorine or chlorine containing compounds on April 2, 2007 played a part, no matter how small, in bringing about any of plaintiff's alleged injuries?

YES __X__   NO_____

If your answer to Special Verdict No. 3 is "Yes," please answer Special Verdict No. 4. If your answer to Special Verdict No. 3 is "No," please sign the Special Verdict form and notify the Courtroom Deputy that you have completed your deliberations.

    4. Did plaintiff prove by the greater weight of the legal evidence that his exposure to chlorine or chlorine containing compounds on April 2, 2007 played a part, no matter how small, in causing him to contract RADS?

YES __X__     NO _____

If your answer to Special Verdict No. 4 is "Yes," please answer Special Verdict No. 5. If your answer to Special Verdict No. 4 is "No," please answer Special Verdict No. 6.

    5. Did plaintiff prove by the greater weight of the legal evidence that he suffered damages as a result of contracting RADS?

YES __X__     NO _____

Please proceed to Special Verdict No. 6.

6. Did plaintiff prove by the greater weight of the legal evidence that he suffered damages resulting from contracting any injury?

YES __X__    NO_____

If your answer to Special Verdict No. 5 or Special Verdict No. 6 is "Yes," please answer Special Verdict No. 7. If your answer to Special Verdict No. 5 and Special Verdict No. 6 is "No," please sign the Special Verdict form and notify the Courtroom Deputy that you have completed your deliberations.

7. State the total amount of damages plaintiff has proved by the greater weight of the legal evidence to which you find Charles Sunnycalb is entitled, itemized as follows:

After tax wages and fringe benefits
plaintiff has lost, if any from
April 2, 2007 to date:                                    $ 250,190

The physical and mental/emotional
pain and suffering and disability/loss
of a normal life from April 2, 2007
to the date of your verdict, if any:                      $ 250,000

**Future physical and mental/emotional pain and suffering and disability/loss of a normal life from the date of your verdict for the period of time you find the plaintiff will suffer same, if any:**    $ 360,000

**The present value of the after tax wages, fringe benefits and retirement benefits which plaintiff is reasonably certain to lose in the future, if any:**    $ 653,916

**The present value of prescription medication plaintiff is reasonably certain to need and receive in the future, if any:**    $ 108,000

**Total:**    $ 1,622,106

8. Of the total damages identified in response to Special Verdict No. 7, what percentages are attributable to the following causes:

The defects in Locomotive CSXT 8160     __100__ %

Other causes, if any (please list):

_____

_____

    _____ %

Total     __100__ %

Please sign and date the Special Verdicts.

_s/Juror #1_      _s/Juror #5_

_s/Juror #2_      _s/Juror #6_

_s/Juror #3_      _s/Juror #7_

_s/Juror #4_      _s/Juror #8_

_9-7-2012_
Date