# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**CHARLES SUNNYCALB**
    **Plaintiff**

**-vs-**　　　　　　　　　　　　　　　　　**Case No.　C-1-10-192**

**CSX TRANSPORTATION, INC.**
    **Defendant**

_____

## JUDGMENT IN A CIVIL CASE

    **X**　　**Jury Verdict.**　　This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **Decision by Court.**　　A decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the Jury Verdict entered this date, this case is Terminated on the docket of this Court.**

                                                 JAMES BONINI, CLERK

                                                 By:s/　Darlene Maury
                                                 Darlene Maury, Deputy Clerk