## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 23, 2013

Mr. Braden A. Blumenstiel
Law Offices
261 W. Johnstown Road
Columbus, OH 43230

Mr. Brian David Netter
Mayer Brown
1999 K Street, N.W.
Washington, DC 20006

> Re: Case No. 13-3390, *Charles Sunnycalb v. CSX Transportation, Inc.*
> Originating Case No. : 1:10-cv-00192

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

              Sincerely yours,

              s/Teresa Mack
              Mediation Administrator
              Direct Dial No. 513-564-7330

cc: John P. Hehman

Enclosure

No mandate to issue

Case No. 13-3390

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHARLES SUNNYCALB

    Plaintiff - Appellee

v.

CSX TRANSPORTATION, INC.

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33, RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 23, 2013